IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. __3:07-cv-246-H__
(Electronically Filed)

RONALD B. BURGE                                                                                  PLAINTIFF

v.                                              **NOTICE OF REMOVAL**

PPG INDUSTRIES, INC. AND                                                                DEFENDANTS
PPG ARCHITECTURAL FINISHES, INC.
AKA/DBA PORTER PAINTS

\*\*\*\*    \*\*\*\*    \*\*\*\*

Defendants, PPG Industries, Inc. and PPG Architectural Finishes, Inc. aka/dba Porter Paints ("Defendants"), through counsel, hereby give notice of the removal of this civil action from the Jefferson Circuit Court, Division Three (3), Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C.§ 1441 *et seq*. The grounds for removal are as follows:

1.     The Civil Summons and Complaint for a civil action captioned, *Ronald B. Burge v. PPG Industries, Inc., and PPG Architectural Finishes, Inc. aka/dba Porter Paints,* Civil Action No. 07-CI-03739, filed in the Jefferson Circuit Court, Division Three (3), Jefferson County, Kentucky (hereinafter the "State Court Action"), were served on the agent for service for Defendants on April 19, 2007. A copy of the Complaint in the State Court Action is attached hereto as Exhibit "1." The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based that was served on Defendants, and no other proceedings have occurred in the State Court Action. No other Complaint has been served on Defendants.

2. At the time this action was filed, and at all times since, the only Plaintiff in this action, Ronald B. Burge, was and is a resident of the State of Kentucky. (Complaint, ¶1).

3. PPG Industries, Inc. is a Pennsylvania corporation. PPG Architectural Finishes, Inc. is a Delaware corporation. Both Defendants have principal places of business in Pennsylvania.

4. According to the damages claimed in the Complaint, including, but not limited to, compensatory damages on each cause of action, including damages for mental distress and humiliation, embarrassment, degradation, emotion, physical distress, non-pecuniary losses; punitive damages; attorneys fees pursuant to KRS 344.450, and other paper pursuant to 28 U.S.C. § 1446(b), Plaintiff asserts an amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00, which is the threshold amount in controversy for purposes of diversity jurisdiction.

5. Accordingly, this Court would have original jurisdiction of this matter, pursuant to 28 U.S.C. §1332(a)(1), had this civil action been instituted in this forum. Thus, removal is appropriate under 28 U.S.C. §1441(a) and (b).

6. Pursuant to 28 U.S.C. §1446, this Notice of Removal is being timely filed within thirty (30) days of the service of the Complaint upon Defendant, which is the first pleading from which Defendant could ascertain that the case was removable. Defendant was not served with any other Complaint.

7. Upon the filing of this Notice of Removal, Defendant shall give written notice thereof to Plaintiff and shall file this Notice of Removal with the Clerk of Court for the Circuit Court in Jefferson County, Kentucky, as required by 28 U.S.C. §1446(d).

8. This Notice of Removal has been verified by Craig P. Siegenthaler, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully notifies this Court that the State Court Action pending against it in Jefferson Circuit Court has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted this 9th day of May, 2007.

>Respectfully submitted,
>
>/s/ Craig P. Siegenthaler
>Craig P. Siegenthaler, Esq.
>Timothy J. Weatherholt, Esq.
>Greenebaum Doll & McDonald PLLC
>3500 National City Tower
>101 South Fifth Street
>Louisville, KY  40202-3197
>Phone:  (502) 587-3617
>Fax:  (502) 587-2102
>E-mail:  cps@gdm.com
>E-mail:  tjw2@gdm.com
>
>COUNSEL FOR DEFENDANT,
>PPG INDUSTRIES, INC. and
>PPG ARCHITECTURAL FINISHES, INC.
>AKA/DBA PORTER PAINTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9th, 2007, I electronically filed the foregoing Notice of Removal with the clerk of the court by using the CM/ECF System.  I further certify that a true and correct copy of the foregoing was served, via first class U.S. Mail, postage pre-paid, on May 8th, 2007, upon the following:

    Kenneth S. Handmaker
    Kevin L. Chlarson
    Middleton Reutlinger
    2500 Brown & Williamson Tower
    Louisville, Kentucky 40202

    COUNSEL FOR PLAINTIFF

                                        /s/ Craig P. Siegenthaler
                                        COUNSEL FOR DEFENDANT