UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07-CV-246-H

RONALD B. BURGE                                                                                    PLAINTIFF

V.

PPG INDUSTRIES, INC. AND
PPG ARCHITECTURAL FINISHES, INC.
aka/dba Porter Paints                                                                            DEFENDANTS

**MEMORANDUM AND ORDER**

      Defendant, a prevailing party in this case, has requested costs in the amount of $4,453.42, including certain questionable items such as airfare and removal fees. It is within the Court's discretion to award costs in favor of a prevailing party. In this case, the Court will exercise its discretion and not award costs. Although Plaintiff did not ultimately prevail, the circumstances were somewhat confusing and Plaintiff raised some legitimate issues, though they were ultimately decided clearly against him.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Defendant's request for a bill of costs is DENIED.

cc:       Counsel of Record